JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY, an Illinois Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>MEGRABYAN BUILDERS, INC., a California corporation; HEROS NICK MEGRABYAN, an individual; JASMINE MEGRABYAN, an individual,<br><br>                    Defendants. | CASE NO.: **2:25-cv-10095-JLS-AYPx**<br><br>**DEFAULT JUDGMENT** BY CLERK<br><br>[FRCP 58] |

The defendants MEGRABYAN BUILDERS, INC., a California corporation; HEROS NICK MEGRABYAN, an individual; and JASMINE MEGRABYAN, an individual, having failed to appear, plead or otherwise defend in this action, and Default by Clerk having been entered against them on January 15, 2026 pursuant to Federal Rule of Civil Procedure 55(a), and counsel for Plaintiff RLI INSURANCE COMPANY having requested a Default Judgment by Clerk against the defaulted defendants pursuant Federal Rule of Civil Procedure 55(b)(1);

**JUDGMENT** is hereby entered in favor of Plaintiff RLI INSURANCE COMPANY, an Illinois Corporation, and against Defendants MEGRABYAN BUILDERS, INC., a California corporation; HEROS NICK MEGRABYAN, an individual; and JASMINE MEGRABYAN, an individual, as follows:

Damages:                    $192,316.00.

Prejudgment Interest:       $8,280.56.

1

Attorney's Fees:          $7,446.32.

Costs:                    $1,654.98.

Plus interest at the legal rate until the judgment is satisfied.

Dated:  __March 31, 2026__          /s/  _____

2

**[PROPOSED] DEFAULT JUDGMENT**

## PROOF OF SERVICE

*RLI INSURANCE COMPANY v. MEGRABYAN BUILDERS, INC., et al.*

*U.S.D.C., Central District, Western Division, Case No.: 2:25-cv-10095-JLS-JCx*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of Los Angeles. My business address is 14156 Magnolia Blvd., Suite 200, Sherman Oaks, CA 91423

On March 12, 2026, I served the within document:

**[PROPOSED] DEFAULT JUDGMENT**

on the interested parties listed below as follows:

☐ Via CM/ECF Notice of Electronic Filing: By causing such document listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☒ **U.S. MAIL**. By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sherman Oaks, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 12, 2026, at Sherman Oaks, California.

*/s/ Marine Kaladjian*
Marine Kaladjian

**[PROPOSED] DEFAULT JUDGMENT**

## <u>SERVICE LIST</u>

*<u>RLI INSURANCE COMPANY v. MEGRABYAN BUILDERS, INC., et al.</u>*
*U.S.D.C., Central District, Western Division, Case No.: 2:25-cv-10095-JLS-JCx*


MEGRABYAN BUILDERS, INC.,
a California corporation
544 SOUTH ST.,
GLENDALE, CA 91202


HEROS NICK MEGRABYAN,
an individual
544 SOUTH ST.,
GLENDALE, CA 91202


JASMINE MEGRABYAN,
an individual
544 SOUTH ST.,
GLENDALE, CA 91202

4

**[PROPOSED] DEFAULT JUDGMENT**